```
                     United States Bankruptcy Court
                     Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-18003-elf
Carmen I. Rivera                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia         Page 1 of 1              Date Rcvd: Dec 30, 2019
                            Form ID: 130           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2020.
db              +Carmen I. Rivera,   320 Dorrance Street,   Bristol, PA 19007-5109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2019 at the address(es) listed below:
              PAUL H. YOUNG    on behalf of Debtor Carmen I. Rivera support@ymalaw.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                    Chapter: 13
   Carmen I. Rivera
        Debtor(s)              Bankruptcy No: 19−18003−elf

*O R D E R*

**AND NOW,** this 30th day of December, 2019 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

   Documents and Deadline

   Atty Disclosure Statement due 01/12/2020
   Chapter 13 Plan due by 01/12/2020
   Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1 Due 01/12/2020
   Schedules AB−J due 01/12/2020
   Statement of Financial Affairs due 01/12/2020
   Summary of Assets and Liabilities Form B106 due 01/12/2020
   Means Test Calculation B122C−2 due 1/12/2020
   Incomplete Filings due by 01/12/2020. Any request for an extension of time must be filed prior to the expiration of the deadlines listed.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Eric L. Frank
Judge , United States Bankruptcy Court

6
Form 130