UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:     Bankr. Case No. 19-18003-ELF

CARMEN I RIVERA     Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                   Bankr. Case No. 19-18003-ELF

CARMEN I RIVERA                                                                 Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on January 7, 2020 :

    PAUL H. YOUNG                                   U.S. Trustee
    3554 Hulmeville Road                          228 Walnut Street, Suite 1190
    Suite 102                                            Harrisburg, PA 17101
    Bensalem, PA 19020

                                                            By  /s/ Mandy Youngblood_____
                                                                   Mandy Youngblood

xxxxx76692 / 1009063