United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-18003-elf
Carmen I. Rivera                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett           Page 1 of 2                      Date Rcvd: Jan 30, 2020
                               Form ID: pdf900          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2020.
db            +Carmen I. Rivera,    320 Dorrance Street,    Bristol, PA 19007-5109
cr             Wells Fargo Bank N.A.,    1 Home Campus,    MAC X2303-01A,    Des Moines, IA  50328-0001
14445071      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America,    Po Box 982238,    El Paso, TX 79998)
14455133      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14445073      +Emiliano Rivera,    320 Dorrance Street,    Bristol, PA 19007-5109
14445079      +U.S. Bank Trust N.A.,    c/o Select Portfolio Servicing,    10401 Deerwood Park Blvd,
               Jacksonville, FL 32256-5007
14447523      +U.S. Bank Trust NA,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14445082      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court:   Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
               Frederick, MD 21701)
14445081       Wells Fargo Bank,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
14453791       Wells Fargo Bank, N.A.,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
               Columbus, OH 43216-5028
14454288       Wells Fargo Bank, N.A.,    Default Document Processing,    MAC# N9286-01Y,
               1000 Blue Gentian Road,    Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Jan 31 2020 03:01:40     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 31 2020 03:01:35     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 31 2020 03:01:12
               Americredit Financial Services, Inc. Dba GM Financ,    P.O Box 183853,
               Arlington, TX 76096-3853
14451108       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 31 2020 03:01:12
               Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
               Arlington, TX 76096
14445069      +E-mail/Text: ally@ebn.phinsolutions.com Jan 31 2020 03:01:08     Ally Financial,
               P.o. Box 380901,    Bloomington, MN 55438-0901
14445070      ++E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jan 31 2020 03:01:12
               Americredit Financial Services Inc,    dba GM Financial,    Po Box 181145,
               Arlington, TX 76096-1145
14445072      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 31 2020 03:06:07
               Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
14448006       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2020 03:06:09      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14445074      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2020 03:06:09      Lvnv Funding Llc,
               Po Box 1269,    Greenville, SC 29602-1269
14447297       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 31 2020 03:06:57     MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14445075      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 31 2020 03:06:07     Merrick Bank Corp,
               Po Box 9201,    Old Bethpage, NY 11804-9001
14445076      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 31 2020 03:01:28     Midland Funding,
               2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
14456397       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2020 03:06:32
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14445077      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2020 03:01:21
               Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
               Harrisburg, PA 17128-0946
14445078      +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2020 03:06:53     Syncb/walmart,    Po Box 965024,
               Orlando, FL 32896-5024
14445080      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 31 2020 03:01:06
               Verizon Wireless,    Po Box 650051,    Dallas, TX 75265-0051
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
14451969*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court:   Americredit Financial Services, Inc.,    dba GM Financial,
               PO Box 183853,    Arlington, TX 76096)
14456645*      Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
                                                                                      TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Jan 30, 2020
                              Form ID: pdf900              Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
          KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank N.A. amps@manleydeas.com
          PAUL H. YOUNG    on behalf of Debtor Carmen I. Rivera support@ymalaw.com,   ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
           Towd Point Master Funding Trust 2018-PM16 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| CARMEN I. RIVERA, | : | |
| Debtor | : | Bky. No.  19-18003 ELF |

# O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

**Date: January 30, 2020**

———————————————
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE