United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-18003-elf
Carmen I. Rivera                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith                Page 1 of 2              Date Rcvd: Feb 03, 2020
                              Form ID: 309I              Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2020.
db             +Carmen I. Rivera,    320 Dorrance Street,    Bristol, PA 19007-5109
14455133       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14445073       +Emiliano Rivera,    320 Dorrance Street,    Bristol, PA 19007-5109
14445079       +U.S. Bank Trust N.A.,   c/o Select Portfolio Servicing,   10401 Deerwood Park Blvd,
                Jacksonville, FL 32256-5007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: support@ymalaw.com Feb 04 2020 03:55:17      PAUL H. YOUNG,
                Young, Marr & Associates,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA   19020
tr             +E-mail/Text: bncnotice@ph13trustee.com Feb 04 2020 03:56:24      WILLIAM C. MILLER, Esq.,
                Chapter 13 Trustee,    P.O. Box 1229,   Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Feb 04 2020 03:56:10      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA   19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 04 2020 03:55:56       U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 04 2020 03:55:44       United States Trustee,
                Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14451108        EDI: PHINAMERI.COM Feb 04 2020 08:33:00      Americredit Financial Services, Inc.,
                Dba GM Financial,   P.O Box 183853,   Arlington, TX 76096
14445069       +EDI: GMACFS.COM Feb 04 2020 08:33:00      Ally Financial,    P.o. Box 380901,
                Bloomington, MN 55438-0901
14445070        EDI: PHINAMERI.COM Feb 04 2020 08:33:00      Americredit Financial Services Inc,
                dba GM Financial,   Po Box 181145,   Arlington, TX 76096-1145
14445071        EDI: BANKAMER.COM Feb 04 2020 08:34:00      Bank Of America,    Po Box 982238,
                El Paso, TX 79998
14445072       +EDI: CAPITALONE.COM Feb 04 2020 08:34:00      Capital One Bank Usa N,    Po Box 30281,
                Salt Lake City, UT 84130-0281
14448006        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 04 2020 03:52:48       LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14445074       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 04 2020 03:52:47       Lvnv Funding Llc,
                Po Box 1269,   Greenville, SC 29602-1269
14447297        E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 04 2020 03:54:15       MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14445075       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 04 2020 03:53:30       Merrick Bank Corp,
                Po Box 9201,   Old Bethpage, NY 11804-9001
14445076       +EDI: MID8.COM Feb 04 2020 08:33:00      Midland Funding,    2365 Northside Dr Ste 30,
                San Diego, CA 92108-2709
14456397        EDI: PRA.COM Feb 04 2020 08:33:00      Portfolio Recovery Associates, LLC,    POB 41067,
                Norfolk VA 23541
14445077       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 04 2020 03:55:39
                Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                Harrisburg, PA 17128-0946
14445078       +EDI: RMSC.COM Feb 04 2020 08:34:00      Syncb/walmart,    Po Box 965024,   Orlando, FL 32896-5024
14445080       +EDI: VERIZONCOMB.COM Feb 04 2020 08:33:00      Verizon Wireless,    Po Box 650051,
                Dallas, TX 75265-0051
14445082        EDI: WFFC.COM Feb 04 2020 08:33:00      Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                Frederick, MD 21701
14445081        EDI: WFFC.COM Feb 04 2020 08:33:00      Wells Fargo Bank,    Credit Bureau Dispute Resoluti,
                Des Moines, IA 50306
14454288        EDI: WFFC.COM Feb 04 2020 08:33:00      Wells Fargo Bank, N.A.,    Default Document Processing,
                MAC# N9286-01Y,   1000 Blue Gentian Road,    Eagan MN 55121-7700
                                                                                               TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA   17128-0946
14456645*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA   17128-0946
                                                                                          TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Keith              Page 2 of 2           Date Rcvd: Feb 03, 2020
                              Form ID: 309I            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2020 at the address(es) listed below:
              KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank N.A. amps@manleydeas.com
              PAUL H. YOUNG    on behalf of Debtor Carmen I. Rivera support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2018-PM16 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Carmen I. Rivera** | Social Security number or ITIN  xxx–xx–0333 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter  13  12/29/19 |
| Case number: | 19–18003–elf | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                                                                                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Carmen I. Rivera | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 320 Dorrance Street<br>Bristol, PA 19007 | |
| 4. | **Debtor's attorney**<br>Name and address | PAUL H. YOUNG<br>Young, Marr & Associates<br>3554 Hulmeville Road<br>Suite 102<br>Bensalem, PA 19020 | Contact phone (215) 639–5297<br>Email:  support@ymalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br>Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 2/3/20 |

**For more information, see page 2**

Debtor **Carmen I. Rivera**                          Case number **19–18003–elf**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 18, 2020 at 12:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>Suite 18–341, 1234 Market Street,<br>Philadelphia, PA 19107 |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/17/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/8/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/26/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $935.00 per month for 60 months. The plan is enclosed.<br>The hearing on confirmation will be held on:<br>**4/7/20** at **10:00 AM** , Location: **Courtroom #1, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |