THE FACE OF THIS CHECK HAS A COLORED BACKGROUND ON WHITE PAPER. THE BACK CONTAINS A UNIQUE WATERMARK – HOLD AT AN ANGLE TO VIEW.

MR. PLOW, INC.
1901 FARRAGUT AVENUE
BRISTOL, PA 19007

130574

Check date:   01/02/20

Pay to the order of:   Carmen Rivera                                                                                       $ *************0.00

**Zero and 00/100*****************************************************************

Carmen Rivera
320 Dorrance St
Bristol, PA 19007

**NON-NEGOTIABLE**

MP

---

| MR. PLOW, INC. | | | | | Check date: | 01/02/20 | Check #: | 130574 |
| 1248 | Carmen Rivera | | | SSN: XXX-XX-0333 | Period begin: | 12/23/19 | Period end: | 12/29/19 |

| Wages | Rate | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| Regular | 11.00 | 30.00 | 330.00 | FICA-SS | 20.46 | | |
| | | | | FICA-MED | 4.79 | | |
| | | | | FIT | 10.12 | | |
| | | | | Pennsylvania SIT | 10.13 | | |
| | | | | Pennsylvania SUI | 0.20 | | |
| | | | | Pennsylvania Bristol, Borough | 10.00 | | |
| Totals | | 30.00 | 330.00 | | 55.70 | | 0.00 |

| Accruable benefits used this check: | Direct deposit detail: | | Net Check | 0.00 |
| | 1030000806419 | 274.30 | Direct Deposit | 274.30 |
| | | | Total Pay | 274.30 |

---

Year to Date

| Wages | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Regular | 30.00 | 330.00 | FICA-SS | 20.46 | | |
| | | | FICA-MED | 4.79 | | |
| | | | FIT | 10.12 | | |
| | | | Pennsylvania SIT | 10.13 | | |
| | | | Pennsylvania SUI | 0.20 | | |
| | | | Pennsylvania Bristol, Borough | 10.00 | | |
| Totals | 30.00 | 330.00 | | 55.70 | | 0.00 |

| Accruable benefits available: | Direct deposit detail: | | Net Check | 0.00 |
| | 1030000806419 | 274.30 | Direct Deposit | 274.30 |
| | | | Total Pay | 274.30 |

MR. PLOW, INC.
1901 FARRAGUT AVENUE
BRISTOL, PA 19007

130495

Check date:  12/26/19

Pay to the order of:  Carmen Rivera                                                                                      $  *************0.00

**Zero and 00/100************************************************************

Carmen Rivera
320 Dorrance St
Bristol, PA 19007

**NON-NEGOTIABLE**

_____ MP

MR. PLOW, INC.                                                          Check date: 12/26/19       Check #:    130495
1248         Carmen Rivera            SSN: XXX-XX-0333   Period begin: 12/16/19       Period end: 12/22/19

| Wages | Rate | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| Regular | 11.00 | 30.00 | 330.00 | FICA-SS | 23.56 | | |
| Commission | | | 50.00 | FICA-MED | 5.51 | | |
| | | | | FIT | 15.31 | | |
| | | | | Pennsylvania SIT | 11.67 | | |
| | | | | Pennsylvania SUI | 0.23 | | |
| Totals | | 30.00 | 380.00 | | 56.28 | | 0.00 |

Accruable benefits used this check:       Direct deposit detail:                    Net Check         0.00
                                          1030000806419              323.72         Direct Deposit  323.72
                                                                                    Total Pay       323.72

Year to Date

| Wages | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Regular | 257.00 | 2,827.00 | FICA-SS | 178.37 | | |
| Commission | | 50.00 | FICA-MED | 41.72 | | |
| | | | FIT | 83.49 | | |
| | | | Pennsylvania SIT | 88.33 | | |
| | | | Pennsylvania SUI | 1.73 | | |
| | | | Pennsylvania Bristol, Borough | 10.00 | | |
| Totals | 257.00 | 2,877.00 | | 403.64 | | 0.00 |

Accruable benefits available:           Direct deposit detail:                      Net Check         213.11
                                        1030000806419              2,260.25         Direct Deposit  2,260.25
                                                                                    Total Pay       2,473.36

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER — A MICROPRINT SIGNATURE LINE AND A UNIQUE WATERMARK — HOLD AT AN ANGLE TO VIEW.

MR. PLOW, INC.
1901 FARRAGUT AVENUE
BRISTOL, PA 19007

130348

Check date: 12/19/19

Pay to the order of: Carmen Rivera                                    $ *************0.00

**Zero and 00/100******************************************************************

Carmen Rivera
320 Dorrance St
Bristol, PA 19007

**NON-NEGOTIABLE**

MP

---

MR. PLOW, INC.                                                  Check date: 12/19/19      Check #: 130348
1248        Carmen Rivera         SSN: XXX-XX-0333     Period begin: 12/09/19    Period end: 12/15/19

| Wages | Rate | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| Regular | 11.00 | 30.00 | 330.00 | FICA-SS | 20.46 | | |
| | | | | FICA-MED | 4.79 | | |
| | | | | FIT | 10.31 | | |
| | | | | Pennsylvania SIT | 10.13 | | |
| | | | | Pennsylvania SUI | 0.20 | | |
| Totals | | 30.00 | 330.00 | | 45.89 | | 0.00 |

Accruable benefits used this check:      Direct deposit detail:           Net Check         0.00
                                          1030000806419        284.11    Direct Deposit  284.11
                                                                          Total Pay      284.11

Year to Date

| Wages | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Regular | 227.00 | 2,497.00 | FICA-SS | 154.81 | | |
| | | | FICA-MED | 36.21 | | |
| | | | FIT | 68.18 | | |
| | | | Pennsylvania SIT | 76.66 | | |
| | | | Pennsylvania SUI | 1.50 | | |
| | | | Pennsylvania Bristol, Borough | 10.00 | | |
| Totals | 227.00 | 2,497.00 | | 347.36 | | 0.00 |

Accruable benefits available:       Direct deposit detail:           Net Check         213.11
                                     1030000806419     1,936.53     Direct Deposit  1,936.53
                                                                     Total Pay      2,149.64

THE FACE OF THIS CHECK HAS A COLORED BACKGROUND AND A WHITE REFLECTIVE WATERMARK. HOLD AT AN ANGLE TO VIEW.

MR. PLOW, INC.
1901 FARRAGUT AVENUE
BRISTOL, PA 19007

130249

Check date: 12/12/19

Pay to the order of: Carmen Rivera     $ *************0.00

**Zero and 00/100*****************************************************************

Carmen Rivera
320 Dorrance St
Bristol, PA 19007

**NON-NEGOTIABLE**

MP

MR. PLOW, INC.                                           Check date: 12/12/19      Check #: 130249
1248     Carmen Rivera          SSN: XXX-XX-0333         Period begin: 12/02/19    Period end: 12/08/19

| Wages | Rate | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| Regular | 11.00 | 23.00 | 253.00 | FICA-SS | 15.68 | | |
| | | | | FICA-MED | 3.67 | | |
| | | | | FIT | 2.61 | | |
| | | | | Pennsylvania SIT | 7.77 | | |
| | | | | Pennsylvania SUI | 0.15 | | |
| Totals | | 23.00 | 253.00 | | 29.88 | | 0.00 |

Accruable benefits used this check:      Direct deposit detail:           Net Check        0.00
                                         1030000806419       223.12       Direct Deposit   223.12
                                                                          Total Pay        223.12

Year to Date

| Wages | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Regular | 197.00 | 2,167.00 | FICA-SS | 134.35 | | |
| | | | FICA-MED | 31.42 | | |
| | | | FIT | 57.87 | | |
| | | | Pennsylvania SIT | 66.53 | | |
| | | | Pennsylvania SUI | 1.30 | | |
| | | | Pennsylvania Bristol, Borough | 10.00 | | |
| Totals | 197.00 | 2,167.00 | | 301.47 | | 0.00 |

Accruable benefits available:        Direct deposit detail:              Net Check       213.11
                                     1030000806419       1,652.42        Direct Deposit  1,652.42
                                                                         Total Pay       1,865.53

MR. PLOW, INC.
1901 FARRAGUT AVENUE
BRISTOL, PA 19007

130139

Check date:     12/05/19

Pay to the order of: Carmen Rivera                                                                $ *************0.00

**Zero and 00/100*****************************************************************

Carmen Rivera
320 Dorrance St
Bristol, PA 19007

**NON-NEGOTIABLE**

MP

MR. PLOW, INC.
1248      Carmen Rivera                            SSN: XXX-XX- 0333

Check date: 12/05/19     Check #: 130139
Period begin: 11/25/19    Period end: 12/01/19

| Wages | Rate | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| Regular | 11.00 | 31.00 | 341.00 | FICA-SS | 21.14 | | |
| | | | | FICA-MED | 4.94 | | |
| | | | | FIT | 11.41 | | |
| | | | | Pennsylvania SIT | 10.47 | | |
| | | | | Pennsylvania SUI | 0.20 | | |
| Totals | | 31.00 | 341.00 | | 48.16 | | 0.00 |

Accruable benefits used this check:

Direct deposit detail:
1030000806419                292.84

Net Check          0.00
Direct Deposit   292.84
Total Pay        292.84

Year to Date

| Wages | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Regular | 174.00 | 1,914.00 | FICA-SS | 118.67 | | |
| | | | FICA-MED | 27.75 | | |
| | | | FIT | 55.26 | | |
| | | | Pennsylvania SIT | 58.76 | | |
| | | | Pennsylvania SUI | 1.15 | | |
| | | | Pennsylvania Bristol, Borough | 10.00 | | |
| Totals | 174.00 | 1,914.00 | | 271.59 | | 0.00 |

Accruable benefits available:

Direct deposit detail:
1030000806419              1,429.30

Net Check          213.11
Direct Deposit   1,429.30
Total Pay        1,642.41

MR. PLOW, INC.
1901 FARRAGUT AVENUE
BRISTOL, PA 19007

130038

Check date:  11/27/19

Pay to the order of: Carmen Rivera     $ ************0.00

**Zero and 00/100**********************************************************

Carmen Rivera
320 Dorrance St
Bristol, PA 19007

**NON-NEGOTIABLE**

MP

MR. PLOW, INC.                             Check date: 11/27/19   Check #: 130038
1248    Carmen Rivera    SSN: XXX-XX-0333  Period begin: 11/18/19  Period end: 11/24/19

| Wages | Rate | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| Regular | 11.00 | 30.00 | 330.00 | FICA-SS | 20.46 | | |
| | | | | FICA-MED | 4.79 | | |
| | | | | FIT | 10.31 | | |
| | | | | Pennsylvania SIT | 10.13 | | |
| | | | | Pennsylvania SUI | 0.20 | | |
| Totals | | 30.00 | 330.00 | | 45.89 | | 0.00 |

Accruable benefits used this check:

Direct deposit detail:
1030000806419                   284.11

Net Check              0.00
Direct Deposit       284.11
Total Pay            284.11

Year to Date

| Wages | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Regular | 143.00 | 1,573.00 | FICA-SS | 97.53 | | |
| | | | FICA-MED | 22.81 | | |
| | | | FIT | 43.85 | | |
| | | | Pennsylvania SIT | 48.29 | | |
| | | | Pennsylvania SUI | 0.95 | | |
| | | | Pennsylvania Bristol, Borough | 10.00 | | |
| Totals | 143.00 | 1,573.00 | | 223.43 | | 0.00 |

Accruable benefits available:

Direct deposit detail:
1030000806419                   1,136.46

Net Check            213.11
Direct Deposit     1,136.46
Total Pay          1,349.57

MR. PLOW, INC.  
1901 FARRAGUT AVENUE  
BRISTOL, PA 19007

129925

Check date: 11/21/19

Pay to the order of: Carmen Rivera    $ ************0.00

**Zero and 00/100*************************************************************

Carmen Rivera  
320 Dorrance St  
Bristol, PA 19007

**\*\*NON-NEGOTIABLE\*\***

MP

---

| MR. PLOW, INC. | | | | | | Check date: 11/21/19 | Check #: 129925 |
|---|---|---|---|---|---|---|---|
| 1248 | Carmen Rivera | | | SSN: XXX-XX-0333 | | Period begin: 11/11/19 | Period end: 11/17/19 |

| Wages | Rate | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| Regular | 11.00 | 30.00 | 330.00 | FICA-SS | 20.46 | | |
| | | | | FICA-MED | 4.78 | | |
| | | | | FIT | 10.31 | | |
| | | | | Pennsylvania SIT | 10.13 | | |
| | | | | Pennsylvania SUI | 0.20 | | |
| Totals | | 30.00 | 330.00 | | 45.88 | | 0.00 |

Accruable benefits used this check:

Direct deposit detail:  
1030000806419    284.12

Net Check    0.00  
Direct Deposit    284.12  
Total Pay    284.12

---

Year to Date

| Wages | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Regular | 113.00 | 1,243.00 | FICA-SS | 77.07 | | |
| | | | FICA-MED | 18.02 | | |
| | | | FIT | 33.54 | | |
| | | | Pennsylvania SIT | 38.16 | | |
| | | | Pennsylvania SUI | 0.75 | | |
| | | | Pennsylvania Bristol, Borough | 10.00 | | |
| Totals | 113.00 | 1,243.00 | | 177.54 | | 0.00 |

Accruable benefits available:

Direct deposit detail:  
1030000806419    852.35

Net Check    213.11  
Direct Deposit    852.35  
Total Pay    1,065.46

MR. PLOW, INC.  
1901 FARRAGUT AVENUE  
BRISTOL, PA 19007

129811

Check date: 11/14/19

Pay to the order of: Carmen Rivera                                          $ *************0.00

**Zero and 00/100**************************************************************

Carmen Rivera  
320 Dorrance St  
Bristol, PA 19007

**NON-NEGOTIABLE**

MP

---

MR. PLOW, INC.  
1248    Carmen Rivera            SSN: XXX-XX-0333

Check date: 11/14/19    Check #: 129811  
Period begin: 11/04/19    Period end: 11/10/19

| Wages | Rate | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| Regular | 11.00 | 30.00 | 330.00 | FICA-SS | 20.46 | | |
| | | | | FICA-MED | 4.79 | | |
| | | | | FIT | 10.31 | | |
| | | | | Pennsylvania SIT | 10.13 | | |
| | | | | Pennsylvania SUI | 0.20 | | |
| Totals | | 30.00 | 330.00 | | 45.89 | | 0.00 |

Accruable benefits used this check:

Direct deposit detail:  
1030000806419                284.11

Net Check            0.00  
Direct Deposit       284.11  
Total Pay            284.11

---

Year to Date

| Wages | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Regular | 83.00 | 913.00 | FICA-SS | 56.61 | | |
| | | | FICA-MED | 13.24 | | |
| | | | FIT | 23.23 | | |
| | | | Pennsylvania SIT | 28.03 | | |
| | | | Pennsylvania SUI | 0.55 | | |
| | | | Pennsylvania Bristol, Borough | 10.00 | | |
| Totals | 83.00 | 913.00 | | 131.66 | | 0.00 |

Accruable benefits available:

Direct deposit detail:  
1030000806419                568.23

Net Check           213.11  
Direct Deposit      568.23  
Total Pay           781.34

MR. PLOW, INC.
1901 FARRAGUT AVENUE
BRISTOL, PA 19007

129705

Check date:  11/07/19

Pay to the order of: Carmen Rivera          $ *************0.00

**Zero and 00/100**********************************************************

Carmen Rivera
320 Dorrance St
Bristol, PA 19007

**NON-NEGOTIABLE**

MP

---

| MR. PLOW, INC. | | | | | | Check date: | 11/07/19 | Check #: | 129705 |
| 1248 | Carmen Rivera | | | SSN: XXX-XX- 0333 | | Period begin: | 10/28/19 | Period end: | 11/03/19 |

| Wages | Rate | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| Regular | 11.00 | 30.00 | 330.00 | FICA-SS | 20.46 | | |
| | | | | FICA-MED | 4.78 | | |
| | | | | FIT | 10.31 | | |
| | | | | Pennsylvania SIT | 10.13 | | |
| | | | | Pennsylvania SUI | 0.20 | | |
| Totals | | 30.00 | 330.00 | | 45.88 | | 0.00 |

Accruable benefits used this check:

Direct deposit detail:
1030000806419         284.12

Net Check            0.00
Direct Deposit     284.12
Total Pay          284.12

---

Year to Date

| Wages | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|
| Regular | 53.00 | 583.00 | FICA-SS | 36.15 | | |
| | | | FICA-MED | 8.45 | | |
| | | | FIT | 12.92 | | |
| | | | Pennsylvania SIT | 17.90 | | |
| | | | Pennsylvania SUI | 0.35 | | |
| | | | Pennsylvania Bristol, Borough | 10.00 | | |
| Totals | 53.00 | 583.00 | | 85.77 | | 0.00 |

Accruable benefits available:

Direct deposit detail:
1030000806419         284.12

Net Check          213.11
Direct Deposit     284.12
Total Pay          497.23

| MR. PLOW, INC. | | | | | | Check date: | 10/31/19 | Check #: | 129524 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1248 | Carmen Rivera | | | SSN: XXX-XX-0333 | | Period begin: | 10/21/19 | Period end: | 10/27/19 |

| Wages | Rate | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Regular | 11.00 | 23.00 | 253.00 | FICA-SS | 15.69 | | |
| | | | | FICA-MED | 3.67 | | |
| | | | | FIT | 2.61 | | |
| | | | | Pennsylvania SIT | 7.77 | | |
| | | | | Pennsylvania SUI | 0.15 | | |
| | | | | Pennsylvania Bristol, Borough | 10.00 | | |
| Totals | | 23.00 | 253.00 | | 39.89 | | 0.00 |

| Accruable benefits used this check: | Direct deposit detail: | | |
| --- | --- | --- | --- |
| | | Net Check | 213.11 |
| | | Direct Deposit | 0.00 |
| | | Total Pay | 213.11 |

Year to Date

| Wages | Total Hrs | Amount | Withholdings | Amount | Deductions | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| Regular | 23.00 | 253.00 | FICA-SS | 15.69 | | |
| | | | FICA-MED | 3.67 | | |
| | | | FIT | 2.61 | | |
| | | | Pennsylvania SIT | 7.77 | | |
| | | | Pennsylvania SUI | 0.15 | | |
| | | | Pennsylvania Bristol, Borough | 10.00 | | |
| Totals | 23.00 | 253.00 | | 39.89 | | 0.00 |

| Accruable benefits available: | Direct deposit detail: | | |
| --- | --- | --- | --- |
| | | Net Check | 213.11 |
| | | Direct Deposit | 0.00 |
| | | Total Pay | 213.11 |