H2B TRANSPORTATION LLC

2536 STATE RD

BENSALEM PA 19020

September 23, 2019

## TO WHO MAY CONCERN

I ALEXANDRE CAMPOS WRITING THIS LETTER TO STATED THAT MS. CARMEN RIVERA WORKS FOR ME IN MY COMPANY AS CLERICAL, AND MAKES $200 A WEEK AS A SELF EMPLOY. SHE IS BEING WORKING, SINCE JANUARY 7 OF 2019 AND SHE WORKS AS WE NEED IT.

ANY QUESTION FEEL FREE TO CONTACT US

*[signature]*

ALEXANDRE CAMPOS

(267) 970-4843