# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carmen I. Rivera<br>    Debtor(s)<br><br>U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2018-PM16, its successors and/or assigns<br>    Movant<br>vs.<br><br>Carmen I. Rivera<br>    Debtor(s)<br><br>William C. Miller Esq.<br>    Trustee | CHAPTER 13<br><br><br><br>NO. 19-18003 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2018-PM16, which was filed with the Court on or about **March 6, 2020, docket number 31**.

            Respectfully submitted,

          By: **/s/ Rebecca A. Solarz, Esquire**
            Rebecca A. Solarz, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            215-627-1322
            Attorney for Movant/Applicant

May 15, 2020