IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: CARMEN I. RIVERA )<br>**Debtor(s)** )<br>) | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, INC. )<br>dba GM FINANCIAL )<br>**Moving Party** )<br>)<br>v. )<br>)<br>CARMEN I. RIVERA )<br>**Respondent(s)** )<br>)<br>WILLIAM C. MILLER )<br>**Trustee** )<br>) | Case No.: 19-18003 (ELF) |

### ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between GM Financial and the Debtor in settlement of the Objection To Confirmation, and filed on or about June 24, 2020 in the above matter (Doc. # 39) is **APPROVED**.

Dated:  6/26/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**