```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-18003-elf
Carmen I. Rivera                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP              Page 1 of 1           Date Rcvd: Jun 26, 2020
                              Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.
db             +Carmen I. Rivera,    320 Dorrance Street,    Bristol, PA 19007-5109

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:
              KARINA   VELTER    on behalf of Creditor    Wells Fargo Bank N.A. amps@manleydeas.com
              PAUL H. YOUNG    on behalf of Debtor Carmen I. Rivera support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2018-PM16 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: CARMEN I. RIVERA ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, INC. ) | |
| dba GM FINANCIAL ) | Case No.: 19-18003 (ELF) |
| **Moving Party** ) | |
| ) | |
| v. ) | |
| ) | |
| CARMEN I. RIVERA ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between GM Financial and the Debtor in settlement of the Objection To Confirmation, and filed on or about June 24, 2020 in the above matter (Doc. # 39) is **APPROVED**.

Dated: 6/26/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**