U.S. BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   CHAPTER 13

Debtor:   CARMEN RIVERA                    BANKRUPTCY NO. 19-18003

ORDER

AND NOW, upon consideration of the Application for Compensation (the Application) filed by the Debtor's counsel (the Applicant)l and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.
2. Compensation is ALLOWED in favor of the Applicant in the amount of $4,250.
3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C., Section 330(a){4)(B), the allowed compensation set forth in paragraph 2 less $500 which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

Date:___9/21/20_____            _____
                                    ERIC L. FRANK
                                    U.S. BANKRUPTCY JUDGE