# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Carmen I. Rivera** | : | Case No.: 19-18003 |
| | : | **Chapter 13** |
| Debtor(s). | : | Judge Eric L. Frank |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank, N.A.** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH 43216-5028 | Columbus, OH 43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

20-001891_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-18003** |
| **Carmen I. Rivera** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | Related Document # |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Carmen I. Rivera** | : | |
| **Emiliano Rivera** | : | |
| | : | |
| **William C. Miller, Esq.** | : | |
| **Respondents.** | | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Paul H. Young, Attorney for Carmen I. Rivera, Young, Marr & Associates, 3554 Hulmeville Road, Suite 102, Bensalem, PA  19020, support@ymalaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 10, 2021:

Carmen I. Rivera, 320 Dorrance Street, Bristol, PA  19007

Carmen I. Rivera and Emiliano Rivera, 320 Dorrance St, Bristol, PA  19007

DATE: March 10, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)

20-001891_PS

Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

20-001891_PS