**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.:** 19-18003 |
| **Carmen I. Rivera** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **January 24, 2024 at 01:00 p.m.** |
| vs | : | |
| | : | **Place of Hearing** |
| **Carmen I. Rivera** | : | **U.S. Bankruptcy Court** |
| **Emiliano Rivera** | : | **900 Market Street, Suite 400** |
| **Kenneth E. West** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |
| | | **Related Document # 85** |

## ORDER OF COURT

AND NOW, to wit, this  22nd  day of  January , 2024, upon consideration of the foregoing Stipulation for Settlement of Creditor's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ~~ADJUDGED AND DECREED~~** that:

1.   The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2.   Pursuant to the Stipulation, Creditor is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Patricia M. Mayer*

PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT