UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

----------------------------------------X

In re                                       :
                                            :     Chapter 13
**CARMEN RIVERA**                           :
                                            :     Case No. 19-18003
                                            :
        Debtor(s).                          :
                                            :
                                            :

----------------------------------------X

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan **(Doc. # 81 )**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. # 96 )** is **APPROVED**.

*/s/ Patricia M. Mayer*

**Date:** 5/21/24

**Hon. Patricia M. Mayer**
**U.S. Bankruptcy Court Judge**