*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Carmen I. Rivera
    Debtor(s)

Case No: 19–18003–pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Wells Fargo Bank N.A. Filed by Carmen I. Rivera

    on: 11/6/24

    at: 01:00 PM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/15/24

Timothy B. McGrath
Clerk of Court

112 – 111
Form 167