**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-18003** |
| **Carmen I. Rivera** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **Wells Fargo Bank, N.A.** | : | |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **Carmen I. Rivera** | : | |
| **Emiliano Rivera** | : | |
| **Kenneth E. West** | : | |
| **Respondents.** | : | |

## ORDER OF COURT

AND NOW, this <u>6th</u> day of <u>November</u>, 20<u>24</u>, upon consideration of the Certification of Default filed by Wells Fargo Bank, N.A. ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is ~~terminated~~ <sup>modified</sup> as it affects the interest of Creditor in and to the property located at 320 Dorrance St, Bristol, PA 19007 and more particularly described in the Mortgage, recorded December 7, 2006, at Instrument Number 2006134003.

BY THE COURT

*Patricia M. Mayer*

_____
PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

20-001891_SJW