**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

In re:

CARMEN I. RIVERA,

        Debtor(s).

Case No. 19-18003

Chapter 13

## NOTICE OF SATISFACTION OF PROOF OF CLAIM

NOW COMES, SYNCHRONY BANK and hereby provides notice the Proof of Claim 14, filed by SYNCHRONY BANK on December 29, 2019, in the amount of $165.99, is satisfied.

DATED: December 16, 2024

/s/ Jordan Morrison
Jordan Morrison
Representative for SYNCHRONY BANK
749 GATEWAY, SUITE G-601
ABILENE, TX 79602
Phone: 877-332-3543
Email: bncmail@w-legal.com

47809867

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| In re: | Case No. 19-18003 |
| CARMEN I. RIVERA, | Chapter 13 |
| Debtor(s). | |

**CERTIFICATE OF SERVICE**

I, JORDAN MORRISON, HEREBY CERTIFY, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, a true and correct copy of the foregoing Notice of Satisfaction of Proof of Claim No. 14 was electronically filed using the Court's ECF system, which will send notification of such filing, or by first-class mail, postage prepaid, on December 16, 2024 to the following parties:

Trustee via ECF Mail:
KENNETH E. WEST
ecfemails@ph13trustee.com

Debtor(s) Counsel via ECF Mail:
Paul H Young
support@ymalaw.com

Dated: December 16, 2024

/s/ Jordan Morrison
Jordan Morrison

47809867