IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carmen I. Rivera <br>                 Debtor(s) <br><br> FirstKey Master Funding 2021-A Collateral Trust <br>                 Moving Party <br> vs. <br><br> Carmen I. Rivera <br>                 Debtor <br> Emiliano Rivera <br>                 Co-Debtor <br><br> Kenneth E. West Esq. <br>                 Trustee | CHAPTER 13 <br><br> NO. 19-18003 PMM <br><br> 11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this **7th** day of **January**, 2024, at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
_____
United States Bankruptcy Judge