UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:                                                                                                               CASE NO.: 19-18003
                                                                                                                              CHAPTER 13

**Carmen I. Rivera,**
    **Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of FirstKey Master Funding 2021-A Collateral Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Attorneys for Secured Creditor
                                        13010 Morris Rd., Suite 450
                                        Alpharetta, GA 30004
                                        Telephone: 470-321-7112
                                        Facsimile: 404-393-1425

                                      By: /s/Sherri Dicks
                                            Sherri Dicks
                                            Email: sdicks@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on April 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

CARMEN I. RIVERA
320 DORRANCE STREET
BRISTOL, PA 19007

And via electronic mail to:

YOUNG, MARR, MALLIS & DEANE, LLC
3554 HULMEVILLE RD.,STE 102
BENSALEM, PA 19020

KENNETH E. WEST
 CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST SUITE 701
PHILADELPHIA, PA 19106

D. TROY SELLARS
ASSISTANT UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING SUITE 320
PHILADELPHIA, PA 19107

                                                By: /s/ Angela Gill