United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-18003-pmm |
| Carmen I. Rivera | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 16, 2025 | Form ID: 138OBJ | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carmen I. Rivera, 320 Dorrance Street, Bristol, PA 19007-5109 |
| 14465711 | + | AmeriCredit Financial Services, Inc., c/o William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave., Suite 3-1, Moorestown, NJ 08057-3124 |
| 14445073 | + | Emiliano Rivera, 320 Dorrance Street, Bristol, PA 19007-5109 |
| 14447523 | + | U.S. Bank Trust NA, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 17 2025 00:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14451108 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2025 00:40:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14615523 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 17 2025 01:09:21 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14470100 | | Email/Text: ally@ebn.phinsolutions.com | May 17 2025 00:40:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 14445069 | + | Email/Text: ally@ebn.phinsolutions.com | May 17 2025 00:40:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14615727 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 17 2025 00:52:01 | Ally Financial, c/o Arvind Nath Rawal, AIS Portfolio Services, LP, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14445070 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2025 00:40:00 | Americredit Financial Services Inc, dba GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14464120 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 17 2025 00:40:00 | Americredit Financial Services, Inc., d/b/a GM Fin, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14471933 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2025 00:51:18 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14445071 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 17 2025 00:40:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14455133 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 17 2025 00:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14445072 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2025 00:51:42 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14996789 | + | Email/Text: RASEBN@raslg.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 16, 2025 | Form ID: 138OBJ | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 17 2025 00:40:00 | FirstKey Master Funding 2021-A Collateral Trust, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14448006 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2025 00:52:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14445074 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2025 00:52:22 | Lvnv Funding Llc, Po Box 1269, Greenville, SC 29602-1269 |
| 14447297 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2025 01:10:08 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14445075 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2025 00:51:16 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14445076 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2025 00:41:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14469582 | + | Email/Text: bankruptcydpt@mcmcg.com | May 17 2025 00:41:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14456397 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2025 00:52:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14445077 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2025 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14476976 | + | Email/Text: bncmail@w-legal.com | May 17 2025 00:41:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14445078 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 17 2025 00:51:24 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 14445079 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2025 00:41:00 | U.S. Bank Trust N.A., c/o Select Portfolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 14476404 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 17 2025 00:41:00 | U.S. Bank Trust National Association, et. al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14445080 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 17 2025 00:40:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 14445082 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 17 2025 01:08:03 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14445081 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 17 2025 00:52:22 | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14726120 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 17 2025 00:51:53 | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14453791 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 17 2025 01:08:48 | Wells Fargo Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14454288 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 17 2025 00:51:21 | Wells Fargo Bank, N.A., c/o MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14451969 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address |

| | | |
|---|---|---|
| | | filed with court:, Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14456645 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2025          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank N.A. amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank Trust National Association as Trustee for Towd Point Master Funding Trust 2018-PM16 bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Carmen I. Rivera support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SHERRI DICKS | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust sdicks@raslg.com shrdlaw@outlook.com |
| Stephen Franks | on behalf of Creditor Wells Fargo Bank N.A. amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Americredit Financial Services Inc., d/b/a GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9

*Form 138OBJ* (6/24)−doc 133 − 130

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Carmen I. Rivera ) Case No. 19−18003−pmm
)
)
    Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 16, 2025                                                                                                  For The Court

                                                                                                                  Timothy B. McGrath
                                                                                                                  Clerk of Court