United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                           Case No. 19-18003-pmm
Carmen I. Rivera                                                                                                   Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                                    Page 1 of 2
Date Rcvd: Sep 18, 2025                  Form ID: 195                                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

**Recip ID           Recipient Name and Address**
db                    + Carmen I. Rivera, 320 Dorrance Street, Bristol, PA 19007-5109

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025                                Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:**

**Name                             Email Address**
ADAM BRADLEY HALL
                                         on behalf of Creditor Wells Fargo Bank N.A. amps@manleydeas.com

DENISE ELIZABETH CARLON
                                         on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2018-PM16 bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
                                         on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust bkgroup@kmllawgroup.com

KENNETH E. WEST
                                         ecfemails@ph13trustee.com  philaecf@gmail.com

PAUL H. YOUNG
                                         on behalf of Debtor Carmen I. Rivera support@ymalaw.com
                                         ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 18, 2025 | Form ID: 195 | Total Noticed: 1 |

ROBERT BRIAN SHEARER
    on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust rshearer@raslg.com

SHERRI DICKS
    on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust sdicks@raslg.com  shrdlaw@outlook.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor Americredit Financial Services  Inc., d/b/a GM Financial wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Carmen I. Rivera  : Case No. 19−18003−pmm

    Debtor(s)

*ORDER*
_____

AND NOW, this day , September 17, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

Form 195